LAMURA, Respondent, v. LAMURA et al., Appellants. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Vincenzo Lamura against Frederico Lamura and another. G. A. Knobloch, for appellants. L. H. Prendergast, for respondent. No opinion. Judgment affirmed, with costs.

LANGE, Respondent, v. ROSEN, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Isadore Lange against Abraham Rosen. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LAURIER, Respondent, v. POLLOCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by Eugene Laurier against Mariam E. Pollock personally and as administratrix, etc. No opinion. Judgment and order affirmed, with costs.

LEONARD v. BARNUM et al. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Action by Chatfield Leonard, as receiver, etc., of Curtis A. Barnum, against Curtis A. Barnum and others. No opinion. Motion denied.

LEVY et al., Appellants, v. ARMSTRONG, Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Isaac Levy and another against Walter J. Armstrong. J. Rosenzweig, for appellants. B. Johnson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LEVY, Appellant, v. LEVY, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Bertha S. Levy against Moses Levy. E. Michling, for appellant. E. W. Fox, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LINCOLN SAFE DEPOSIT CO., Respondent, v. McDONALD, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by the Lincoln Safe Deposit Company against John B. McDonald, impleaded. P. A. Brown, for appellant. S. Hoff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LIVESEY et al., Appellants, v. JONES, Respondent. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Mary Edith Livesey and James Livesey, against Jane T. Jones, as executrix, etc., of Samuel B. Jones, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

LUMBER EXCH. BANK, Respondent, v. CITY OF NORTH TONAWANDA, Appellant.

(Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by the Lumber Exchange Bank against the city of North Tonawanda. No opinion. Judgment affirmed, with costs.

McCABE, Respondent, v. TRECARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Peter McCabe against James W. Trecartin and Solon E. Turner. No opinion. Judgment and order unanimously affirmed, with costs.

McCARTHY, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Charles H. McCarthy, Jr., by Charles H. McCarthy, his guardian ad litem, against the Yonkers Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McCONNELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Mary McConnell, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed. See 71 N. Y. Supp. 616.

McCOY, Respondent, v. MUNRO, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by William McCoy, an infant, etc., against George W. Munro. No opinion. Motion denied, with $10 costs.

In re McDONALD. (Supreme Court, Appellate Division, First Department. February 6, 1903.) In the matter of John B. McDonald. G. L. Rives, for appellant. G. W. Wickersham, for respondent. No opinion. Reargument ordered.

McFADDEN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by William P. McFadden against the Metropolitan Street Railway Company. B. H. Ames, for appellant. H. L. Franklin, for respondent. No opinion. Upon the plaintiff stipulating to reduce the judgment as entered to the sum of $2,368.58, the judgment as so reduced affirmed, without costs to either party; if such stipulation be not given, judgment and order reversed, new trial ordered, costs to appellant to abide event.

McGUIRE, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by James C. McGuire against Charles W. Hall. L. Skidmore, for appellant. H. W. Hayden, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below.